IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/R No.   4:22mj23 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Mahamayavi Antle et al | ) | |
| Defendant. | ) | |
| | ) | |

In accord with the Due Process Protections Act and Rule 5(f) of the Federal

Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the

defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on

the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny,

and hereby ORDERS the United States to do so. Failure to disclose exculpatory evidence in a

timely manner may result in serious consequences, including, but not limited to, exclusion of

evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary

action, or sanctions by the Court.

**IT IS SO ORDERED.**

June 6, 2022

Florence, South Carolina

Hon. Thomas E. Rogers III
United States Magistrate Judge