AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mahamayavi Antle | ) | Case No. 4:22mj23 |
| | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 06/06/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ANDREW B. MOORMAN, SR., 10013
*Printed name and bar number of defendant's attorney*

416 EAST NORTH STREET, 2ND FLOOR
GREENVILLE, SC 29601
*Address of defendant's attorney*

ANDY@ANDYMOORMANLAW.COM
*E-mail address of defendant's attorney*

(864) 775-5800
*Telephone number of defendant's attorney*

N/A
*FAX number of defendant's attorney*