AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

USDC of **RECEIVED**

2022 JUN -1 PM 2:51

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mahamayavi Antle a/k/a Doc Antle | )    Case No. 4:22 mj 23 |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Mahamayavi Antle a/k/a Doc Antle                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 1956(a)(3) - Laundering of Monetary Instruments
Title 18 U.S.C. § 1956(h) - Money Laundering Conspiracy

Date:     06/01/2022

*Issuing officer's signature*

City and state:     Florence, SC

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/1/2022 , and the person was arrested on *(date)* 6/3/2022 at *(city and state)* Myrtle Beach, SC . |
| Date: 6/6/2022                     Joseph Hamm *Arresting officer's signature* <br>                               Joseph Hamski <br>                               Special Agent, FBI <br>                                 *Printed name and title* |