VERIFY FIRST - THIS DOCUMENT IS PRINTED IN RED & BLACK INKS.

**Only the original Power of Attorney will bind this Surety.**

# POWER OF ATTORNEY
## ALLEGHENY CASUALTY COMPANY
P.O. BOX 9810, CALABASAS, CA 91372-9810
(800) 935-2245    INFO@AIASURETY.COM

**POWER NUMBER AF250K-1233**

**POWER AMOUNT $ 250,000**

**THIS POWER VOID IF NOT USED BY: July 31, 2022**

KNOW ALL MEN BY THESE PRESENTS, that ALLEGHENY CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform by virtue of these presents.

**THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF**

**TWO HUNDRED FIFTY THOUSAND************************************

**AND MAY BE EXECUTED FOR FEDERAL BAIL RECOGNIZANCE ONLY.**

A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

**NOTICE:** Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said ALLEGHENY CASUALTY COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Vice Presidents, this 5th day of November, 2018.

Robert Kansnick, Vice President
James D. Portoylan, Vice President

**FEDERAL BAIL RECOGNIZANCE ONLY**

1203077911

Bond Amt $ 250,000    Date Executed 6-28-22
Defendant Mahamayavi Bhagwan Antle  D.O.B.
Case # 4:22MJ23    Appearance Date TBD
Offense 181956 Money Laundering    Total Premium Charged 25,000
Court County Florence    Court State SC    Div./Dept.
Court City Florence     ☐ Increase ☐ Decrease
If rewrite, give orig. power #
Executing Agent [signature] 105241

**ORIGINAL**

Form# ACC.0102 (01/19)